**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                  : Chapter 13
    Ala, Jacquelyn

                                                      :            19-10341
    Debtor

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

    The above-named debtor has filed an objection to the proof of claim you filed in this bankruptcy case.

    **Your claim may be reduced, modified, or eliminate.**  You should read these papers carefully and discuss them with your attorney, if you have one.

    **If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Ashely M. Chan on December 17, 2019, at 11 AM, in Courtroom No. 4, United State Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.**

Date: December 1, 2019

        Attorney for Objector
        John L. McClain, Esquire
        John L. McClain & Associates.
        PO Box 123
        Narberth, PA 19072-0123
        Telephone: 1-800-657-7216
        Fax No.:   1-888-857-1967