**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    : Chapter 13
    Ala, Jacquelyn
        Debtor              :         19-10341

### CERTIFICATE OF SERVICE

    I certify that copies of the **Debtor's Objection to Proof of Claim, proposed Order, Notice of hearing,** were served upon the trustee and the claimant listed below, by mailing such copies by first class, regular U.S. mail, postage prepaid or by electronic means on December 1, 2019.

                "/s/"Mitchell J. Prince, Esquire
                John L. McClain, Esquire
                Mitchell J. Prince, Esquire
                Attorneys for debtor

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)
c/o Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia PA 19106
kmcdonald@kmllawgroup.com
Creditor's attorney or authorized agent per Proof of Claim filed

U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)
211 North Front Street
Harrisburg, PA 17101