**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| JACQUELYN ALA | : | CASE NO: 19-10341 AMC |
| | : | |
| Debtor | : | |
| | : | |

## STIPULATION AND ORDER

AND NOW, IT IS HEREBY STIPULATED AND AGREED to by and between the Debtor, JACQUELYN ALA, and U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), as follows:

1. On March 27, 2019, U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) (hereinafter referred to as "Secured Creditor") filed a secured Proof of Claim, Claim No. 7, with the total debt amount of $96,085.48 and pre-petition arrears in the amount of $18,473.56.

2. On December 1, 2019, Debtor filed an Objection to the Claim (Doc. No. 28)

3. Upon approval by the United States Bankruptcy Court of the within Stipulation, Debtor and Secured Creditor, agree to the following:

   a. The parties have agreed that for the purpose of settling the Debtor's Objection to the Claim, without any admissions of fault or liability by the parties, Secured Creditor has an allowed secured claim with the total debt amount of $94,163.53 and pre-petition arrears in the amount of $16,551.61 in order to account for the sheriff's refund in the amount of $1,921.95.

4. The parties agree that a facsimile signature shall be considered an original signature.

Date:  January 30, 2020      By: /s/ Rebecca A. Solarz, Esquire
                                                   Attorney for Secured Creditor

Date: 2/10/20                      _____
                                         John L. McClain, Esquire    Mitchell J. Prince, ESQ.
                                           Attorney for Debtor

Approved by the Court this ___ day of _____, 2020.  However, the court retains discretion regarding entry of any further order.

**Date: February 13, 2020**                    _____
                                                           Bankruptcy Judge
                                                           Ashely M. Chan