United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jacquelyn Ala  
    Debtor

Case No. 19-10341-amc  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: dlv | Page 1 of 1 | Date Rcvd: Feb 13, 2020 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 3 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2020.
db      +Jacquelyn Ala,    1309 Powell Rd,    Brookhaven, PA 19015-1928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr      +E-mail/Text: bankruptcynotices@fifsg.com Feb 14 2020 03:43:31
       First Investors Servicing Corporation,    380 Interstate North Parkway #300,
       Atlanta, GA 30339-2222
cr      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 14 2020 03:49:19
       Sierra Auto Finance, LLC, c/o AIS Portfolio Servic,    4515 N Santa Fe Ave. Dept. APS,
       Oklahoma City, OK 73118-7901
       TOTAL: 2

       ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2020        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2020 at the address(es) listed below:
       JOHN L. MCCLAIN    on behalf of Debtor Jacquelyn Ala aaamcclain@aol.com, edpabankcourt@aol.com
       KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
       PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
       LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
       PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
       REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
       PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
       WILLIAM EDWARD CRAIG    on behalf of Creditor    First Investors Servicing Corporation
       ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
       TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| JACQUELYN ALA | : | CASE NO: 19-10341 AMC |
| Debtor | : | |

**STIPULATION AND ORDER**

AND NOW, IT IS HEREBY STIPULATED AND AGREED to by and between the Debtor, JACQUELYN ALA, and U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), as follows:

1. On March 27, 2019, U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) (hereinafter referred to as "Secured Creditor") filed a secured Proof of Claim, Claim No. 7, with the total debt amount of $96,085.48 and pre-petition arrears in the amount of $18,473.56.

2. On December 1, 2019, Debtor filed an Objection to the Claim (Doc. No. 28)

3. Upon approval by the United States Bankruptcy Court of the within Stipulation, Debtor and Secured Creditor, agree to the following:

   a. The parties have agreed that for the purpose of settling the Debtor's Objection to the Claim, without any admissions of fault or liability by the parties, Secured Creditor has an allowed secured claim with the total debt amount of $94,163.53 and pre-petition arrears in the amount of $16,551.61 in order to account for the sheriff's refund in the amount of $1,921.95.

4. The parties agree that a facsimile signature shall be considered an original signature.

Date:  January 30, 2020                          By: /s/ Rebecca A. Solarz, Esquire
                                                 Attorney for Secured Creditor

Date: 2/10/20                                    _____
                                                 John L. McClain, Esquire  /s/ Mitchell J. Prince, ESQ.
                                                 Attorney for Debtor

Approved by the Court this ___ day of _____, 2020. However, the court retains discretion regarding entry of any further order.

**Date: February 13, 2020**                      _____
                                                 Bankruptcy Judge
                                                 Ashely M. Chan