*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jacquelyn Ala
    Debtor(s)

Case No: 19−10341−amc

Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 4/21/20 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


For The Court

Timothy B. McGrath
Clerk of Court