```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                              Case No. 19-10341-amc
Jacquelyn Ala                                                       Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv                 Page 1 of 2                  Date Rcvd: Feb 21, 2020
                              Form ID: 152              Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db             +Jacquelyn Ala,   1309 Powell Rd,   Brookhaven, PA 19015-1928
14260376       +David Price,   1309 Powell Rd,   Brookhaven, PA 19015-1928
14326408       +First Investors Servicing Corp.,    c/o William E. Craig, Esquire,    110 Marter Ave.,
                 Suite 301,   Moorestown, NJ 08057-3124
14260378       +First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
14260381       +John L. McClain and Associates, PC,    Suite 318,   1420 Walnut Street,
                 Philadelphia, PA 19102-4002
14260382       +KML Law Group, PC,   701 Market Street,   Philadelphia, PA 19106-1538
14260386       +SWDCMA,   PO Box 2466,   Aston, PA 19014-0466
14260385       +Sierra Auto Finance Ll,   5005 Lbj Fwy Ste 700,   Dallas, TX 75244-6145
14272777       +Southwest Delaware County Municipal Authority,    Cecelia Nelson, Authority Administrator,
                 SWDCMA One Gamble Lane,   PO Box 2466,   Aston, PA 19014-0466
14295372       +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,    211 North Front Street,
                 Harrisburg, PA 17101-1406
14288259       +US Bank National Association,   c/o Kevin G. McDonald, Esquire,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 22 2020 03:25:15     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 22 2020 03:24:22
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 22 2020 03:24:53     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcynotices@fifsg.com Feb 22 2020 03:23:55
                 First Investors Servicing Corporation,    380 Interstate North Parkway #300,
                 Atlanta, GA 30339-2222
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 22 2020 03:28:41
                 Sierra Auto Finance, LLC, c/o AIS Portfolio Servic,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14264925       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 22 2020 03:28:22
                 AIS Portfolio Services, LP,   Attn: Sierra Auto Finance, LLC Dept,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
14260375       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 22 2020 03:25:41     Credit Coll,
                 Po Box 607,   Norwood, MA 02062-0607
14260377       +E-mail/Text: bankruptcynotices@dcicollect.com Feb 22 2020 03:25:27     Diversified Consultant,
                 P O Box 551268,   Jacksonville, FL 32255-1268
14312622       +E-mail/Text: bankruptcynotices@fifsg.com Feb 22 2020 03:23:55
                 First Investors Servicing Corporation,    380 Interstate  North Parkway Suite# 300,
                 Atlanta, GA 30339-2222
14260379        E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 22 2020 03:23:46     IRS/ Special Procedures,
                 P.O. BOX 7346,   Philadelphia, PA  19114,   PHILADELPHIA, PA 19101-7346
14260380        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 22 2020 03:24:45     Jefferson Capital Syst,
                 16 Mcleland Rd,   Saint Cloud, MN 56303
14274056        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 22 2020 03:24:45     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
14264057        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2020 03:28:31     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14297120        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2020 03:47:46
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14260383       +E-mail/Text: blegal@phfa.org Feb 22 2020 03:24:36     Pa Housing Finance Age,   2101 N Front St,
                 Harrisburg, PA 17110-1086
14260384       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2020 03:45:18
                 Portfolio Recov Assoc,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14273640       +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 22 2020 03:24:46     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14264733       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 22 2020 03:29:05
                 Sierra Auto Finance, LLC,   AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: dlv              Page 2 of 2                   Date Rcvd: Feb 21, 2020
                              Form ID: 152           Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOHN L. MCCLAIN    on behalf of Debtor Jacquelyn  Ala aaamcclain@aol.com,  edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   First Investors Servicing Corporation
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Jacquelyn Ala
    Debtor(s)

Case No: 19−10341−amc
Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 4/21/20 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court