IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JACQUELYN ALA              ) | |
| **Debtor(s)**                           ) | |
|                                                 ) | CHAPTER 13 |
| FIRST INVESTORS SERVICING CORP.,  ) | |
| SERVICER FOR SIERRA AUTO FINANCE ) | Case No.: 19-10341 (AMC) |
| **Moving Party**                      ) | |
|                                                 ) | |
| v.                                           ) | |
|                                                 ) | |
| JACQUELYN ALA                   ) | |
| **Respondent(s)**                  ) | |
|                                                 ) | |
| WILLIAM C. MILLER              ) | |
| **Trustee**                              ) | |
|                                                 ) | |

**PRAECIPE WITHDRAWING OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw First Investor's Objection To Confirmation, filed on or about April 21, 2020 in the above-referenced case, number 49 on the docket.

Date:  9/4/20

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for First Investors Servicing Corp.