IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JACQUELYN ALA ) **Debtor(s)** ) ) | |
| | CHAPTER 13 |
| FIRST INVESTORS SERVICING CORP., ) SERVICER FOR SIERRA AUTO FINANCE ) **Moving Party** ) ) | Case No.: 19-10341 (AMC) |
| v. ) ) | |
| JACQUELYN ALA ) **Respondent(s)** ) ) | |
| WILLIAM C. MILLER ) **Trustee** ) ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between First Investors Servicing Corp. and the Debtor in settlement of the Objection To Confirmation, and filed on or about September 4, 2020 in the above matter is APPROVED.

Dated:

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

**Date: September 9, 2020**