United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jacquelyn Ala  
     Debtor

Case No. 19-10341-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: dlv　　Page 1 of 1　　Date Rcvd: Sep 09, 2020  
　　　　　　　　　　　Form ID: pdf900　Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2020.  
db　　　　　+Jacquelyn Ala,　1309 Powell Rd,　Brookhaven, PA 19015-1928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr　　　　　+E-mail/Text: bankruptcynotices@fifsg.com Sep 10 2020 05:02:39  
　　　　　　First Investors Servicing Corporation,　380 Interstate North Parkway #300,  
　　　　　　Atlanta, GA 30339-2222  
cr　　　　　+E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 10 2020 05:04:42  
　　　　　　Sierra Auto Finance, LLC, c/o AIS Portfolio Servic,　4515 N Santa Fe Ave. Dept. APS,  
　　　　　　Oklahoma City, OK 73118-7901  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2020 at the address(es) listed below:  
　　　　JACK K. MILLER　on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com  
　　　　JOHN L. MCCLAIN　on behalf of Debtor Jacquelyn  Ala aaamcclain@aol.com, edpabankcourt@aol.com  
　　　　KEVIN G. MCDONALD　on behalf of Creditor　U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
　　　　LEON P. HALLER　on behalf of Creditor　U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com  
　　　　REBECCA ANN SOLARZ　on behalf of Creditor　U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　　WILLIAM C. MILLER, Esq.　ecfemails@ph13trustee.com,  philaecf@gmail.com  
　　　　WILLIAM EDWARD CRAIG　on behalf of Creditor　First Investors Servicing Corporation ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: JACQUELYN ALA | ) | |
| **Debtor(s)** | ) | |
| | ) | CHAPTER 13 |
| FIRST INVESTORS SERVICING CORP., | ) | |
| SERVICER FOR SIERRA AUTO FINANCE | ) | Case No.: 19-10341 (AMC) |
| **Moving Party** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JACQUELYN ALA | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| WILLIAM C. MILLER | ) | |
| **Trustee** | ) | |
| | ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between First Investors Servicing Corp. and the Debtor in settlement of the Objection To Confirmation, and filed on or about September 4, 2020 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: September 9, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE