**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Ala, Jacquelyn
        Debtor : 19-10341

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
Sentinel Transportation, LLC
3521 Silverside Rd
Concord Plaza, Quillen Bldg Ste 2a
Wilmington, DE 19810**

Re: **Ala, Jacquelyn**
SSN: xxx-xx-6126

    The future earnings of the above named debtor Ala, Jacquelyn, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$500.00 for 16 months, (started back on February 1, 2019), and then as of this June 1, 2020, the monthly payment shall increase to $680.00 per month for the remaining 44 months of the plan,** pro-rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$500.00 for 16 months, (started back on February 1, 2019), and then as of this June 1, 2020, the monthly payment shall increase to $680.00 per month for the remaining 44 months of the plan to:** William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799

BY THE COURT:_____
                       JUDGE
                                    **Date: September 16, 2020**

Sentinel Transportation, LLC
3521 Silverside Rd
Concord Plaza, Quillen Bldg Ste 2a
Wilmington, DE 19810

Ala, Jacquelyn
1309 Powell Rd
Brookhaven, PA 19015

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123