# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-10341-AMC

JACQUELYN ALA

1309 POWELL ROAD

BROOKHAVEN, PA 19015

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JACQUELYN ALA

    1309 POWELL ROAD

    BROOKHAVEN, PA 19015

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN, ESQ.
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

                                          /S/ Kenneth E. West

Date: 3/7/2022                            _____

                                            Kenneth E. West, Esquire
                                            Chapter 13 Standing Trustee