United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-10341-amc
Jacquelyn Ala     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Apr 27, 2022     Form ID: pdf900     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacquelyn Ala, 1309 Powell Rd, Brookhaven, PA 19015-1928 |
| 14260376 | + | David Price, 1309 Powell Rd, Brookhaven, PA 19015-1928 |
| 14326408 | + | First Investors Servicing Corp., c/o William E. Craig, Esquire, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14260381 | + | John L. McClain and Associates, PC, Suite 318, 1420 Walnut Street, Philadelphia, PA 19102-4002 |
| 14260382 | + | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14260386 | + | SWDCMA, PO Box 2466, Aston, PA 19014-0466 |
| 14260385 | + | Sierra Auto Finance Ll, 5005 Lbj Fwy Ste 700, Dallas, TX 75244-6145 |
| 14272777 | + | Southwest Delaware County Municipal Authority, Cecelia Nelson, Authority Administrator, SWDCMA One Gamble Lane, PO Box 2466, Aston, PA 19014-0466 |
| 14295372 | + | U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14288259 | + | US Bank National Association, c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 28 2022 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 28 2022 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 28 2022 00:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bankruptcynotices@fifsg.com | Apr 28 2022 00:23:00 | First Investors Servicing Corporation, 380 Interstate North Parkway #300, Atlanta, GA 30339-2222 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 28 2022 00:23:06 | Sierra Auto Finance, LLC, c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14264925 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 28 2022 00:23:06 | AIS Portfolio Services, LP, Attn: Sierra Auto Finance, LLC Dept, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14260375 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 28 2022 00:24:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 14260377 | + | Email/Text: bankruptcynotices@dcicollect.com | Apr 28 2022 00:24:00 | Diversified Consultant, P O Box 551268, Jacksonville, FL 32255-1268 |
| 14312622 | + | Email/Text: bankruptcynotices@fifsg.com | Apr 28 2022 00:23:00 | First Investors Servicing Corporation, 380 Interstate North Parkway Suite# 300, Atlanta, GA 30339-2222 |
| 14260378 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 28 2022 00:23:01 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14260379 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 29 |

|  |  | Apr 28 2022 00:23:00 | IRS/ Special Procedures, P.O. BOX 7346, Philadelphia, PA 19114, PHILADELPHIA, PA 19101-7346 |
|---|---|---|---|
| 14260380 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 28 2022 00:24:00 | Jefferson Capital Syst, 16 Mceland Rd, Saint Cloud, MN 56303 |
| 14274056 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 28 2022 00:24:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14264057 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 00:23:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14297120 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:23:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14260383 | + Email/Text: blegal@phfa.org | Apr 28 2022 00:24:00 | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14260384 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:23:06 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14273640 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 28 2022 00:24:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14264733 | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 28 2022 00:23:01 | Sierra Auto Finance, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:

**Name**          **Email Address**

JACK K. MILLER
          on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JOHN L. MCCLAIN
          on behalf of Debtor Jacquelyn Ala aaamcclain@aol.com edpabankcourt@aol.com

KENNETH E. WEST
          ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
          on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com

| | |
|---|---|
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor First Investors Servicing Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
JACQUELYN ALA

Chapter 13

Debtor

Bankruptcy No. 19-10341-AMC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Dated: April 27, 2022

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
JOHN L. MCCLAIN, ESQ.
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

Debtor:
JACQUELYN ALA

1309 POWELL ROAD

BROOKHAVEN, PA 19015